UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: )
)
LEE WAI JONATHAN WONG ) Case No. 19-13494-cgm
) Chapter 13
)
Debtor. )
_____ )

### REQUEST FOR NOTICES

Please take notice that Reston Association, by its representative, hereby requests that all notices given or required to be given in this case, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned at the following address:

> Jeremy Huang
> Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
> 3201 Jermantown Road, Suite 600
> Fairfax, Virginia 22030
> Tel: (703) 352-1900 / Fax: (703) 352-5293
> jhuang@chadwickwashington.com

Respectfully submitted this 25th day of November 2019.

> RESTON ASSOCIATION
> By Counsel
> By: /s/ Jeremy Huang
> Jeremy Huang, VA Bar #76861
> CHADWICK, WASHINGTON, MORIARTY,
> ELMORE & BUNN, P.C.
> 3201 Jermantown Road, Suite 600
> Fairfax, Virginia 22030
> (703) 352-1900
> (703) 352-5293 (Facsimile)
> jhuang@chadwickwashington.com

[RECEIVED DEC - 2 2019 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Request for Notices and Request for Service of Papers was served by first class mail on the Clerk of the Court for the Bankruptcy Court on this 25th day of November 2019.

By: /s/ Jeremy Huang
Jeremy Huang